☜AO 245___   Order Regarding Motion for Sentence Reduction
             Sheet 1

**FILED**

**AUG 0 4 2008**

**NANCY MAYER WHITTINGTON, CLERK**
**U.S. DISTRICT COURT**

UNITED STATES DISTRICT COURT
District of _____COLUMBIA_____

UNITED STATES OF AMERICA

ORDER REGARDING MOTION FOR SENTENCE
REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

V.

KAREEM SHAW

Case Number:   CR 03-565 (HHK)

USM Number:   27193-016

Date of Original Judgment:   Dec. 29, 2006
(Or Date of Last Amended Judgment)

Mary M. Petras
Defendant's Attorney

Upon motion of  _X_ the defendant   ☐ the Director of the Bureau of Prisons   ☐ the court
under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
   ☐ DENIED.
   _X_ GRANTED and the defendant's previously imposed sentence of imprisonment of
       _63_ months  is reduced to _term of 51 months_

**I. COURT DETERMINATION OF GUIDELINE RANGE**

Previous Offense Level:  _24_
     Criminal History Category: _III_
Previous Guideline Range:  _63_ to _78_ months

Amended Offense Level:  _22_
Criminal History Category:  _III_
Amended Guideline Range: _51_ to _63_ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

_X_ The reduced sentence is within the amended guideline range.
☐ The original term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing and the reduced sentence is below the amended guideline range.
☐ Other (specify) _____.

**III. FURTHER EXPLANATION** (e.g., recommendations to the Bureau of Prisons) (if necessary)

Except as provided above, all provisions of the judgment dated February December 29, 2006 shall remain in effect.

**IT IS SO ORDERED.**

_7/31/08_
Date

Signature of Judge

Henry Kennedy, United States District Judge
Name and Title of Judge